RECEIVED
APR 27 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LATASHA JOHNSON SHOLARS | CIVIL ACTION NO. 05-0772 |
| versus | JUDGE HICKS |
| WILLIAM D. HAGEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

The petition filed in state court named three defendants: William Hagen ("Hagen"), Swift Transportation Co., Inc. ("Swift"), and Ace America Insurance Co. ("Ace"). The petition alleged that Ace issued a liability policy for the other two defendants. The parties filed a Motion for Voluntary Dismissal of all claims against Hagen and Swift. The motion was granted, but the order submitted by the parties did not specifically resolve the claims against Ace, which is technically still a party to this open civil action. A member of the court's staff has contacted counsel for Plaintiff, who advises that all claims in this civil action have been resolved and all claims against all defendants are dismissed with prejudice. Accordingly the Clerk is directed to close this civil action.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 27 day of April, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE